424 A.2d 555

White, Appellant v. White.

Argued September 10, 1979.  Edgar B. Bayley, for appellant;  Richard C. Snelbaker, for appellee.

Before SPEATH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.